# EXHIBIT 1

**FILED**
AUG 16 2021
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: 2021 SC1 000850

Donald L. Cobb _Plaintiff(s)_  vs.  Vineen Baker _Defendant(s)_
1326 E. Capitol St., N.E., W.D.C. 20003      555 4th St., N.W. Wash., D.C. 20530
1421 U St. N.E. Wash., D.C. 20002            561 3rd St., N.W. Wash., D.C. 20001
_Address        Zip Code_                     _Address        Zip Code_

Phone No. _____

## STATEMENT OF CLAIM

Between November 30, 2020 and May 29, 2021 Vineen Baker, Defendant destroyed Plaintiff's notebook, in which he had documented his reasons why he believed the D.C. Metropolitan Police Department (D.C. Police) had involved itself in a cover-up, or as Ms. Baker commented, "Public Corruption", concerning the brutal and vicious killing of one of its officers. Specifically, the fatal shooting of D.C. Policewoman Col. A. Cobb. In addition, Ms. Baker destroyed several pages of the Plaintiff's documents (see enclosure) during said time frame, which added further support to Plaintiff's allegation that D.C. Police had engaged in said misconduct.

**Request for Relief:**
Plaintiff is due eight dollars and fifty-five cents ($8.55/100) as a result of Vineen Baker's destruction of his property.

DISTRICT OF COLUMBIA, ss: _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Donald L. Cobb                           1326 E. Cap. St., N.E. Wash., D.C. 20003
_Plaintiff/Agent (Sign and Print Name)_   _Address_               _City/State/Zip Code_

Title: N/A                                cbbdnl@yahoo.com         N/A
                                          _Email_                  _Phone No._

Subscribed and sworn to before me this 16 day of August, 20 21
                                                    _(month)_

Copy of Plaintiff's driver's license attached
                                          _(Notary Public or Deputy Clerk)_
                                          Carolyn Clerk

_Attorney for Plaintiff (Sign and Print Name)   Bar No._

_Address                    City/State/Zip Code_
                                                    Place Notary Seal Here
_Email                      Phone No._

See the *Instructions to Defendants* on the back of this form, or attached to this form, for more information.

## Instructions to Defendants

*Important:*

You must come to court on the date and time stated on the Notice to avoid the entry of a judgment by default. If you do not come to court for your hearing, a judgment by default may be entered against you for the amount of money demanded in the Statement of Claim. If that happens, the plaintiff could take money from your paycheck or your bank account, or take and sell your personal property, to pay the claim.

If you cannot come to court for your hearing, call the Small Claims Clerk's Office at (202) 879-1120 as soon as you can for more information. You must go to the hearing unless the hearing is continued or cancelled. To find out if your hearing is still scheduled call the Small Claims Clerk's Office. Even if you want to admit the claim, and just need more time to pay, you must still come to court to explain your situation.

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with the parties to see if they can agree to a settlement. If the parties cannot reach a settlement with the mediator, then the case can be scheduled for a trial on another day.

If the plaintiff in your case has a lawyer, that lawyer's name and contact information are on the Statement of Claim. You may contact the plaintiff's lawyer about this case. You do not have to have a lawyer, but you may choose to get a lawyer or look for legal advice about this matter.

If you want a lawyer, but cannot afford to pay one, there are many organizations that may be able to help you, including:
- Legal Aid Society of the District of Columbia: (202) 628-1161
- Legal Counsel for the Elderly (if age 60+): (202) 434-2120
- Tzedek DC: (202) 274-7386
- Neighborhood Legal Services Program: (202) 832-6577
- DC Law Students in Court: (202) 638-4798

You may also get help from the Consumer Law Resource Center, or the Small Claims Resource Center. The Consumer Law Resource Center is open on Wednesdays from 9:15 a.m. to 12:00 p.m. The Small Claims Resource Center is open on Thursdays, 9:15 a.m. to 12:00 p.m. Both are located in Room 208, Court Building B, 510 4th Street, N.W., Washington, DC 20001. The resource centers may close their intake early if too many people have already signed in. They must prioritize people with a court hearing scheduled on that day. There is no guarantee that people without hearings on that day will be seen. Arriving early increases your chances of receiving services. Please expect a wait.

If you have witnesses, books, receipts, or other documents that relate to this case, you should bring them with you to court. If you want to have witnesses summoned to come to court, contact the Small Claims Clerk's Office for more information.

When you contact the Small Claims Clerk's Office about your case, remember to include your case number, contact information, and court date. Please know that court employees are not allowed to give you legal advice.

Puede obtenerse copias de este formulario en Español en el Tribunal Superior del Distrito de Columbia, Edificio B, 510 4th Street, NW, Room 120, Washington, D.C. 20001, o ver: www.dccourts.gov.

You can get a copy of this form in Spanish at the Superior Court of the District of Columbia, Building B, 510 4th Street NW, Room 120, Washington, D.C. 20001, or at: www.dccourts.gov.

CV-471/Dec. 2018                                                                                                                  Small Claims Form 11

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: 2021 SC1 000850

Plaintiff(s): Donald L. Cobb
1421 D St. N.E., Wash, D.C. 20002
1326 E. Cap. St., N.E. 20003
Address / Zip Code

vs.

Defendant(s): Omeun Baker AUSA, Office of the Attorney General of the U.S.
U.S. DOJ
950 Pennsylvania Ave. NW
Wash, DC 20530
Address / Zip Code

Phone No. N/A

## Notice

You are hereby notified that **Donald L. Cobb** has made a claim and is requesting judgment against you in the sum of **Eight Dollars & forty-five cents** dollars ($ 8 ⁴⁵/₆₀ ), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on **a date to be determined** in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B, _____.

*(Located on 4th Street, NW, between E and F Streets. Closest metro stop: Judiciary Square, Red Line)*

Latosha Jones L.J.
Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

• • •

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

• • •

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828     ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

CV-471/Dec. 2018                                                                                                                    Small Claims Form 11

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: 2021 SC1 000850

Plaintiff(s): Donald L. Cobb
Address: 1324 E. Cap St. NE, W. DC 20003
         1421 D R NE W. DC 20002
Phone No.: N/A

vs.

Defendant(s): Queen Baker
Address: 555 4th St. N.W. Wash, DC 20530
         301 3rd St. N.W. Wash DC 20001
Zip Code: DCC

**Notice**

You are hereby notified that _Donald L. Cobb_ has made a claim and is requesting judgment against you in the sum of _Eight Dollars & forty-five cents_ dollars ($ 8 45/100 ), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on _a date to be determined_ in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B, _____.

*(Located on 4th Street, NW, between E and F Streets. Closest metro stop: Judiciary Square, Red Line)*

_Latosha Jones_ L.J.
Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

•••

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

•••

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: 2021 SC1 000850

Plaintiff(s): Donald L. Cobb, Pro Se
Address: 1421 D St., NE WDC 20002
         1326 E. Capitol St. NE WDC 20002
Phone No.: N/A

vs.

Defendant(s): Dineen Baker, AUSA
              Dineen Baker
              Office of the U.S. Attorney
              Moultrie Courthouse
Address: 500 Indiana Ave, Washington DC 20001

## Notice

You are hereby notified that __Donald L. Cobb__ has made a claim and is requesting judgment against you in the sum of __Eight Dollars and forty-five cents__ dollars ($ 8 45/100 ), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on __a date to be determined__ in the Small Claims and Conciliation Branch, 510 4th Street, N.W., Court Building B, _____.

(Located on 4th Street, NW, between E and F Streets. Closest metro stop: Judiciary Square, Red Line)

Latosha Jones L.J.
Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

• • •

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

• • •

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

CV-471/Dec. 2018                                                                                   Small Claims Form 11

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Donald L. Cobb
**Plaintiff(s)**

v.

Vinson Baker
**Defendant(s)**

*(The information collected on this form is used solely for court administration and statistical purposes.)*

| | |
|---|---|
| Name *(please print or type)*: Donald L. Cobb | **Relationship to Lawsuit**: ☐ Attorney for Plaintiff ☑ Self (Pro Se / No Attorney) ☐ Other: ____ |
| Firm Name *(if applicable)*: N/A | **Service Method**: ☐ Certified Mail by Clerk (How many? ____ ) ☐ With Restricted Delivery *(check if applicable)* ☐ Registered Mail by Clerk (How many? 2 ) ☑ With Restricted Delivery *(check if applicable)* ☐ Special Process Server (You must file an Application for Approval of Special Process Server) |
| Telephone No.: ____   Bar. No. ____ | |

Do you need an interpreter? ☐ Yes ☑ No   *If yes, which language(s)?* ____

Amount in Controversy: ☑ $1 - $500   ☐ $500.01 - $2,500   ☐ $2,500.01 - $10,000

Pending or re-filed case(s) related to the action being filed:
Case No.: ____   Case No.: ____

**NATURE OF SUIT:** *(Check ONE box only that most accurately describes your primary case)*

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
☐ Breach of Contract   ☐ Breach of Warranty   ☐ Personal Property
☐ Negotiable Instrument   ☐ Loan   ☐ Rent Due
☐ Unpaid Wages   ☐ Services Rendered   ☐ Security Deposit
☐ Debt Suit   ☐ Home Improvement Contract   ☐ Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
☐ Automobile   ☐ Conversion   ☐ Shop Lifting
☐ Property Damage   ☑ Destruction of Property   ☐ Trespass

**C. PERSONAL TORTS** – a claim for an injury or wrong committed on the person of another
☐ Assault and Battery   ☐ Personal Injury   ☐ Libel and Slander   ☐ Slip and Fall
☐ Automobile   ☐ Fraudulent Misrepresentation   ☐ Negligence

**D.** ☐ **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement
**E.** ☐ **SUBROGATION** – a claim filed by one person in the place of another
**F.** ☐ **FOREIGN JUDGMENT (DOMESTIC)** – judgment, decree or order filed from another jurisdiction
**G.** ☐ **COLLECTION** – a claim filed by a seller / lender to collect a consumer **debt**
**H.** ☐ **FOREIGN JUDGMENT (INTERNATIONAL)** – judgment, decree or order filed from another country
**I.** ☐ **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing?   ☐ Yes   ☐ No

CV-3046/Rev. Sept. 2018